

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2013

No. 04-13-00617-CV

In the Interest of **T.D.** and **R.B.**, Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00167
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. All pending motions are DENIED AS MOOT.

It is so **ORDERED** on October 30, 2013.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2013.

Keith E. Hottle, Clerk